# Exhibit A

**224th District Court**

# Case Summary

**Case No. 2024CI22564**

| | | | |
|---|---|---|---|
| **Teresha Howard ET AL VS Airbnb Inc ET AL** | § | Location: | **224th District Court** |
| | § | Judicial Officer: | **224th, District Court** |
| | § | Filed on: | **10/03/2024** |

## Case Information

Case Type: PREMISES
Case Status: **10/03/2024 Pending**

## Assignment Information

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2024CI22564 |
| Court | 224th District Court |
| Date Assigned | 10/03/2024 |
| Judicial Officer | 224th, District Court |

## Party Information

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **Howard, Jamal** | **LACY, KATRINA DENIECE** ***Retained*** |
| | **Howard, Teresha** | **LACY, KATRINA DENIECE** ***Retained*** |
| **Defendant** | **Airbnb Inc** | |
| | **Brazil, Novita** | |
| | **Brazil, Robert** | |

## Events and Orders of the Court

| | |
|---|---|
| 10/03/2024 | New Cases Filed (OCA) |
| 10/03/2024 | PETITION |
| 10/08/2024 | LETTER TO DISTRICT CLERK<br>*Requesting Copies* |
| 10/11/2024 | REQUEST FOR SERVICE AND PROCESS |
| 10/25/2024 | **Citation**<br>Airbnb Inc<br>Unserved<br>Brazil, Robert<br>Served: 11/16/2024<br>Brazil, Novita<br>Served: 11/16/2024 |
| 12/09/2024 | SPECIAL APPEARANCE<br>*AND PLEA TO THE JURISDICTION SUBJECT TO DEFENDANT'S SPECIAL APPEARANCE* |
| 12/09/2024 | RETURN OF SERVICE - SUCCESSFUL<br>*Robert Brazil* |

**224th District Court**

## Case Summary

**Case No. 2024CI22564**

12/09/2024 RETURN OF SERVICE - SUCCESSFUL
*Novita Brazil (Deceased)*

12/12/2024 LETTER TO DISTRICT CLERK
*Requesting Copies*